# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

Case No.: 2:26–bk–04951–EPB

SCOTT RILEY
3700 E. WILLIAMS FIELD RD.
APT 1147
GILBERT, AZ 85295
SSAN: xxx–xx–1288
EIN:

Chapter: 13

Debtor(s)

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 07/14/2026 at 10:00 a.m. has been vacated.

This matter has been RESCHEDULED for hearing on 7/28/26 at 10:00 AM at 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Eddward P Ballinger Jr. to consider and act upon the following matter:

EMERGENCY MOTION FOR RELIEF FROM STAY/AMENDED MOTION FOR RELIEF FROM STAY FILED BY FRANKEL FAMILY TRUST

Date: July 6, 2026

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

Khadijia V. White–Thomas